SO ORDERED.

Dated: April 29, 2010

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-01805

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-00843-RTBP |
| Joshua John Clouse and Sara Skinner Clouse, | Chapter 7 |
| Debtors. | ORDER |
| The Bank of New York as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8 Mortgage Pass Through Certificates Series 2006-AR8, | (Related to Docket #9) |
| Movant, | |
| vs. | |
| Joshua John Clouse and Sara Skinner Clouse, Debtors, Lawrence J. Warfield, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 24, 2006 and recorded in the office of the Coconino County Recorder wherein The Bank of New York as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8 Mortgage Pass Through Certificates Series 2006-AR8 is the current beneficiary and Joshua John Clouse and Sara Skinner Clouse have an interest in, further described as:

> LOT 3, VALLEY VIEW ESTATES UNIT 2, AS SHOWN ON THE PLAT THEREOF RECORDED IN CASE 3, MAP 70, RECORDS OF COCONINO COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.